UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JORGE MORALES VELASQUEZ,
WILDER GONZALEZ,

        Plaintiffs,

 v.

U.S. 1 FARM MARKET, INC.,
SANGWOOK CHEN,

        Defendants.

Case No. 3:13-cv-634 (CSH)

April 24, 2014

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

In light of the successful resolution of the First Motion to Compel [Doc. 51] by Judge Joan G. Margolis and her expertise on the matter, this case is hereby respectfully referred to **Magistrate Judge Joan G. Margolis** for the following purpose:

\_\_\_   All purposes except trial, unless the parties consent to trial before the magistrate judge
\_\_\_   A ruling on all pretrial motions except dispositive motions
\_\_\_   To supervise discovery and resolve discovery disputes
\_X\_   A ruling on the following motions which are currently pending: Doc.# \_\_54\_\_\_\_\_ Second Motion to Compel
\_\_\_   A settlement conference
\_\_\_   A conference to discuss the following:
      _____
      _____
\_\_\_   Other:_____

It is **SO ORDERED.**

Dated: New Haven, Connecticut
       April 24, 2014

                                    */s/Charles S. Haight, Jr.*
                                    CHARLES S. HAIGHT, JR.
                                    Senior United States District Judge